# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pepper, William A. | District Court Northern MS | 05/25/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 305 Main Street<br>Ste 329<br>Greenville MS 38702 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02-05-96 | SYMETRA FINANCIAL (FORMERLY SAFECO ASSIGNED BENEFITS SERVICE COMPANY) FOR PAYMENT OF LEGAL FEES. PAYMENTS ARE INCLUDED IN INCOME IN PART III. |
| 2. | |
| 3. | |

**Pepper, William A.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Public Employees Retirement System of Mississippi, retirement income | $13,637.00 |
| 2. 2010 | Earnings from law practice - earned prior to 7/21/99 | $3,344.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/25/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest Pepper & Cossar-Farm land Humphreys County MS | E | Rent | O | W | | | | | |
| 2. Langston Nowell & Pepper rental real estate Cleveland MS | C | Rent | L | W | | | | | |
| 3. REGIONS BANK | A | Interest | J | T | | | | | |
| 4. Cleveland State Bank | A | Interest | L | T | | | | | |
| 5. Cleveland State Bank | A | Interest | K | T | | | | | |
| 6. Planters Bank & Trust | A | Interest | L | T | | | | | |
| 7. JEFFERSON BANK (FORMERLY FIRST NATIONAL BANK ROSEDALE MS) | B | Interest | | | Closed | 04/12/10 | L | | |
| 8. BROKER ACCOUNT 1 | | | | | | | | | |
| 9. -CAPITAL WORLD GROWTH & INCOME FUND-American Funds CWGIX | B | Dividend | L | T | | | | | |
| 10. -CAPITAL INCOME BUILDERS A-American Funds | B | Dividend | K | T | | | | | |
| 11. FEDERATED CLOVER VALUE FUND | A | Dividend | K | T | | | | | |
| 12. -GOLDMAN SACHS GROWTH & INCOME FUND | A | Dividend | K | T | | | | | |
| 13. LORD ABBETT -AFFILIATED FUND CL A | A | Dividend | L | T | | | | | |
| 14. NEW ECONOMY -FUND CL A- American Funds | A | Dividend | L | T | | | | | |
| 15. -SMALLCAP WORLD FUND CL A-American Funds | A | Dividend | L | T | | | | | |
| 16. -WASHINGTON MUTUAL INVESTORS FUND | B | Dividend | L | T | | | | | |
| 17. NEW WORLD FUND-american funds | | None | J | T | Buy | 12/06/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ZIMMER HOLDINGS COMMON | | None | J | T | | | | | |
| 19. -WALGREEN COMMON | A | Dividend | J | T | | | | | |
| 20. -VAN KAMPEN UNIT TRUST (VK select unit 613) | A | Dividend | K | T | | | | | |
| 21. -TIFFANY & CO COMMON | A | Dividend | J | T | | | | | |
| 22. -DUKE ENERGY COMMON | A | Dividend | J | T | | | | | |
| 23. -Edward Jones Money Market fund | A | Dividend | | | Sold | 12/06/10 | J | | |
| 24. BROKER ACCOUNT 2 | | | | | | | | | |
| 25. -AMCAP FUND CL A | A | Dividend | L | T | | | | | |
| 26. -GROWTH FUND OF AMERICA CL A- American Funds | A | Dividend | L | T | | | | | |
| 27. -NEW PERSPECTIVE FUND CL A- American Funds | B | Dividend | L | T | | | | | |
| 28. -WAL-MART COMMON | A | Dividend | J | T | Donated (part) | 12/20/10 | J | | |
| 29. -AMERICAN MOVIL SA | A | Dividend | K | T | Buy (add'l) | 02/24/10 | J | | |
| 30. -EDWARD JONES MONEY MARKET FUND | | | | | Sold | 12/06/10 | J | | |
| 31. -Cheesecake Factory common | | None | | | | | | | |
| 32. -Walgreen common | A | Dividend | J | T | | | | | |
| 33. -Kraft Foods common | A | Dividend | J | T | | | | | |
| 34. -Pfizer common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -General Electric common | A | Dividend | J | T | | | | | |
| 36. -Nextera Energy common (formerly FPL Group) | A | Dividend | J | T | | | | | |
| 37. -Berkshire Hathaway BRK B common | | None | J | T | | | | | |
| 38. BROKER ACCOUNT 3 | | | | | | | | | |
| 39. -FT TEMPLETON FOREIGN FUND C | A | Dividend | L | T | | | | | |
| 40. -FT FRANKLIN TEMPLETON GROWTH FD C | A | Dividend | K | T | | | | | |
| 41. -FRANKLIN TEMPLETON EQUITY INCOME A | A | Dividend | J | T | | | | | |
| 42. -S&P DEPOSITARY RECEIPTS | A | Dividend | K | T | | | | | |
| 43. -TEMPLETON WORLD FUND A | A | Dividend | J | T | | | | | |
| 44. -TEMPLETON FOREIGN FUND A | A | Dividend | J | T | | | | | |
| 45. -TEMPLETON WORLD FUND CL C | A | Dividend | K | T | | | | | |
| 46. -BAXTER INTERNATIONAL common | A | Dividend | K | T | | | | | |
| 47. -U S Ecology common (formerly American Ecology Common) | A | Dividend | J | T | | | | | |
| 48. -Clean Energy Fuels common | | None | J | T | | | | | |
| 49. -Darling International Inc common | | None | J | T | | | | | |
| 50. -Electronic Arts Inc common | | None | J | T | | | | | |
| 51. -First Solar Inc common | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Google Inc common | | None | J | T | | | | | |
| 53. -Jacobs Engineering Group common | | None | J | T | | | | | |
| 54. -Schlumberger common | A | Dividend | J | T | | | | | |
| 55. -Waters Corp common | | None | J | T | | | | | |
| 56. -Daily Income Fund money mkt DRTXX | A | Dividend | | | Sold | 01/15/10 | L | | |
| 57. -PRIME FUND-CAPITAL RESERVES CLASS FPRXX | A | Dividend | L | T | Buy | 01/15/10 | L | | |
| 58. -ENERGY RECOVERY common | | None | J | T | | | | | |
| 59. IRA 1- LINCOLN NATIONAL LIFE Shareholders Advantage | C | Int./Div. | K | T | | | | | |
| 60. - AMERICAN FUNDS: | | | | | | | | | |
| 61. --AMR AST ALLOC | | | | | Buy (add'l) | 10/15/10 | J | | |
| 62. --AMR BLUE CHIP | | | | | Buy (add'l) | 10/15/10 | J | | |
| 63. --AMR BOND | | | | | Sold (part) | 10/15/10 | J | | |
| 64. --AMR GBL SM CAP | | | | | Sold (part) | 10/15/10 | J | | |
| 65. --AMR GRTH/INC | | | | | Buy (add'l) | 10/15/10 | J | | |
| 66. --AMR GROWTH | | | | | Buy (add'l) | 10/15/10 | J | | |
| 67. --HI INC BOND (formerly HI YIELD BOND) | | | | | Sold (part) | 10/15/10 | J | | |
| 68. --AMR INTL | | | | | Sold (part) | 10/15/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pepper, William A. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  --AMR GOVT/AAA | | | | | Sold (part) | 10/15/10 | J | | |
| 70.  IRA 2 - | B | Int./Div. | N | T | | | | | |
| 71.  -FEDERATED CLOVER VALUE FD | | | | | | | | | |
| 72.  - HARTFORD ADVISORS FD A | | | | | | | | | |
| 73.  - HARTFORD DIV & GROWTH FD A | | | | | | | | | |
| 74.  - LORD ABBETT AFFILIATED FD A | | | | | | | | | |
| 75.  - HARTFORD MIDCAP FD A | | | | | | | | | |
| 76.  - PUTNAM INVESTORS FUND A | | | | | | | | | |
| 77.  - HARTFORD CAP APPREC FD A | | | | | | | | | |
| 78.  - CAPITAL INCOME BUILDERS A- American Funds | | | | | | | | | |
| 79.  - CAPITAL WORLD GROWTH & INCOME-American Funds | | | | | | | | | |
| 80.  - NEW WORLD FD American Funds | | | | | | | | | |
| 81.  - INCOME FUND OF AMERICA- American Funds | | | | | | | | | |
| 82.  -INVESTMENT CO OF AMERICA- American Funds | | | | | | | | | |
| 83.  -FRANKLIN MUTUAL SHARES FUND | | | | | | | | | |
| 84.  -TEMPLETON GROWTH FUND CL A | | | | | | | | | |
| 85.  -FRANKLIN INCOME FUND CL A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 86. IRA3 HARTFORD CAP APPREC | | None | J | T | | | | | | |
| 87. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:
1. Lines 3-7 Deleted location of banks per instructions.

2. Added words "common' or "funds" to more completely descibe investments.

3 IRA 3 and 4 have been renumbered because old IRA 2 has been eliminated in previous year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William A. Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)

Pepper, William A. | 2. Court or Organization

District Court Northern MS | 3. Date of Report

08/30/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U. S. District Judge - Active | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial  ☑ Annual  ☐ Final

5b. ☑ Amended Report | 6. Reporting Period

01/01/2010
to
12/31/2010 |
| 7. Chambers or Office Address

305 Main Street
Ste 329
Greenville MS 38702 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02-05-96 | SYMETRA FINANCIAL (FORMERLY SAFECO ASSIGNED BENEFITS SERVICE COMPANY) FOR PAYMENT OF LEGAL FEES. PAYMENTS ARE INCLUDED IN INCOME IN PART III. |
| 2. | |
| 3. | |

**Pepper, William A.  A**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Public Employees Retirement System of Mississippi, retirement income | $13,637.00 |
| 2. 2010 | Earnings from law practice - earned prior to 7/21/99 | $3,344.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 08/30/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 08/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 50% interest Pepper & Cossar-Farm land Humphreys County MS | E | Rent | O | W | | | | | |
| 2. | Langston Nowell & Pepper rental real estate Cleveland MS | C | Rent | L | W | | | | | |
| 3. | REGIONS BANK | A | Interest | J | T | | | | | |
| 4. | Cleveland State Bank | A | Interest | L | T | | | | | |
| 5. | Cleveland State Bank | A | Interest | K | T | | | | | |
| 6. | Planters Bank & Trust | A | Interest | L | T | | | | | |
| 7. | JEFFERSON BANK (FORMERLY FIRST NATIONAL BANK ROSEDALE MS) | B | Interest | | | Closed | 04/12/10 | L | | |
| 8. | BROKER ACCOUNT 1 | | | | | | | | | |
| 9. | -CAPITAL WORLD GROWTH & INCOME FUND-American Funds CWGIX | B | Dividend | L | T | | | | | |
| 10. | -CAPITAL INCOME BUILDERS A- American Funds | B | Dividend | K | T | | | | | |
| 11. | FEDERATED CLOVER VALUE FUND | A | Dividend | K | T | | | | | |
| 12. | -GOLDMAN SACHS GROWTH & INCOME FUND | A | Dividend | K | T | | | | | |
| 13. | LORD ABBETT -AFFILIATED FUND CL A | A | Dividend | L | T | | | | | |
| 14. | NEW ECONOMY -FUND CL A- American Funds | A | Dividend | L | T | | | | | |
| 15. | -SMALLCAP WORLD FUND CL A- American Funds | A | Dividend | L | T | | | | | |
| 16. | -WASHINGTON MUTUAL INVESTORS FUND | B | Dividend | L | T | | | | | |
| 17. | NEW WORLD FUND-american funds | | None | J | T | Buy | 12/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 08/30/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | -ZIMMER HOLDINGS COMMON | | None | J | T | | | | | |
| 19. | -WALGREEN COMMON | A | Dividend | J | T | | | | | |
| 20. | -VAN KAMPEN UNIT TRUST (VK select unit 613) | A | Dividend | K | T | | | | | |
| 21. | -TIFFANY & CO COMMON | A | Dividend | J | T | | | | | |
| 22. | -DUKE ENERGY COMMON | A | Dividend | J | T | | | | | |
| 23. | -Edward Jones Money Market fund | A | Dividend | | | Sold | 12/06/10 | J | | |
| 24. | BROKER ACCOUNT 2 | | | | | | | | | |
| 25. | -AMCAP FUND CL A | A | Dividend | L | T | | | | | |
| 26. | -GROWTH FUND OF AMERICA CL A- American Funds | A | Dividend | L | T | | | | | |
| 27. | -NEW PERSPECTIVE FUND CL A- American Funds | B | Dividend | L | T | | | | | |
| 28. | -WAL-MART COMMON | A | Dividend | J | T | Donated (part) | 12/20/10 | J | | |
| 29. | -AMERICAN MOVIL SA | A | Dividend | K | T | Buy (add'l) | 02/24/10 | J | | |
| 30. | -EDWARD JONES MONEY MARKET FUND | | None | | | Sold | 12/06/10 | J | | |
| 31. | -Cheesecake Factory common | | None | J | T | | | | | |
| 32. | -Walgreen common | A | Dividend | J | T | | | | | |
| 33. | -Kraft Foods common | A | Dividend | J | T | | | | | |
| 34. | -Pfizer common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 08/30/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -General Electric common | A | Dividend | J | T | | | | | |
| 36. -Nextera Energy common (formerly FPL Group) | A | Dividend | J | T | | | | | |
| 37. -Berkshire Hathaway BRK B common | | None | J | T | | | | | |
| 38. BROKER ACCOUNT 3 | | | | | | | | | |
| 39. -FT TEMPLETON FOREIGN FUND C | A | Dividend | L | T | | | | | |
| 40. -FT FRANKLIN TEMPLETON GROWTH FD C | A | Dividend | K | T | | | | | |
| 41. -FRANKLIN TEMPLETON EQUITY INCOME A | A | Dividend | J | T | | | | | |
| 42. -S&P DEPOSITARY RECEIPTS | A | Dividend | K | T | | | | | |
| 43. -TEMPLETON WORLD FUND A | A | Dividend | J | T | | | | | |
| 44. -TEMPLETON FOREIGN FUND A | A | Dividend | J | T | | | | | |
| 45. -TEMPLETON WORLD FUND CL C | A | Dividend | K | T | | | | | |
| 46. -BAXTER INTERNATIONAL common | A | Dividend | K | T | | | | | |
| 47. -U S Ecology common (formerly American Ecology Common) | A | Dividend | J | T | | | | | |
| 48. -Clean Energy Fuels common | | None | J | T | | | | | |
| 49. -Darling International Inc common | | None | J | T | | | | | |
| 50. -Electronic Arts Inc common | | None | J | T | | | | | |
| 51. -First Solar Inc common | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 08/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Google Inc common | | None | J | T | | | | | |
| 53. -Jacobs Engineering Group common | | None | J | T | | | | | |
| 54. -Schlumberger common | A | Dividend | J | T | | | | | |
| 55. -Waters Corp common | | None | J | T | | | | | |
| 56. -Daily Income Fund money mkt DRTXX | A | Dividend | | | Sold | 01/15/10 | L | | |
| 57. -PRIME FUND-CAPITAL RESERVES CLASS FPRXX | A | Dividend | L | T | Buy | 01/15/10 | L | | |
| 58. -ENERGY RECOVERY common | | None | J | T | | | | | |
| 59. IRA 1- LINCOLN NATIONAL LIFE Shareholders Advantage | C | Int./Div. | K | T | | | | | |
| 60. - AMERICAN FUNDS: | | | | | | | | | |
| 61. --AMR AST ALLOC | | | | | Buy (add'l) | 10/15/10 | J | | |
| 62. --AMR BLUE CHIP | | | | | Buy (add'l) | 10/15/10 | J | | |
| 63. --AMR BOND | | | | | Sold (part) | 10/15/10 | J | | |
| 64. --AMR GBL SM CAP | | | | | Sold (part) | 10/15/10 | J | | |
| 65. --AMR GRTH/INC | | | | | Buy (add'l) | 10/15/10 | J | | |
| 66. --AMR GROWTH | | | | | Buy (add'l) | 10/15/10 | J | | |
| 67. --HI INC BOND (formerly HI YIELD BOND) | | | | | Sold (part) | 10/15/10 | J | | |
| 68. --AMR INTL | | | | | Sold (part) | 10/15/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 08/30/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --AMR GOVT/AAA | | | | | Sold (part) | 10/15/10 | J | | |
| 70. IRA 2 - | B | Int./Div. | N | T | | | | | |
| 71. -FEDERATED CLOVER VALUE FD | | | | | | | | | |
| 72. - HARTFORD ADVISORS FD A | | | | | | | | | |
| 73. - HARTFORD DIV & GROWTH FD A | | | | | | | | | |
| 74. - LORD ABBETT AFFILIATED FD A | | | | | | | | | |
| 75. - HARTFORD MIDCAP FD A | | | | | | | | | |
| 76. - PUTNAM INVESTORS FUND A | | | | | | | | | |
| 77. - HARTFORD CAP APPREC FD A | | | | | | | | | |
| 78. - CAPITAL INCOME BUILDERS A- American Funds | | | | | | | | | |
| 79. - CAPITAL WORLD GROWTH & INCOME-American Funds | | | | | | | | | |
| 80. - NEW WORLD FD American Funds | | | | | | | | | |
| 81. - INCOME FUND OF AMERICA- American Funds | | | | | | | | | |
| 82. -INVESTMENT CO OF AMERICA- American Funds | | | | | | | | | |
| 83. -FRANKLIN MUTUAL SHARES FUND | | | | | | | | | |
| 84. -TEMPLETON GROWTH FUND CL A | | | | | | | | | |
| 85. -FRANKLIN INCOME FUND CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 08/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA3 HARTFORD CAP APPREC | | None | J | T | | | | | |
| 87. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A. | 08/30/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

1. Lines 3-7 Deleted location of banks per instructions.

2. Added words "common' or "funds" to more completely descibe investments.

3 IRA 3 and 4 have been renumbered because old IRA 2 has been eliminated in previous year.

4 Amended report for entries in lines 30 and 31.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ William A. Pepper

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544